

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-18-00032-CV |
| IN THE MATTER OF THE ESTATE OF | § | |
| JOSEPH ABRAHAM, JR., A/K/A | | Appeal from |
| JOSEPH (SIB) ABRAHAM, JR. | § | |
| | | Probate Court No. 1 |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2014-CPR02054) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.